In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-251 CR


____________________



KENDAL LYNN RANPY A/K/A KENDALL LYNN RAMPY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 91354






 MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant Kendal Lynn Ranpy a/k/a Kendall Lynn Rampy
pled guilty to felony theft. The trial court found the evidence sufficient to find Ranpy guilty,
but deferred further proceedings, placed Ranpy on community supervision for four years,
assessed a fine of $500, and ordered Ranpy to pay restitution. On January 4, 2006, the State
filed a motion to revoke Ranpy's unadjudicated community supervision. Ranpy pled "true"
to four violations of the conditions of his community supervision. The trial court found that
Ranpy violated the conditions of his community supervision, found Ranpy guilty of felony
theft, and assessed punishment at eighteen months of confinement in a state jail facility. 

 Ranpy's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On September 27, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 _________________________________

 HOLLIS HORTON

 Justice 


Submitted on February 5, 2008 

Opinion Delivered February 13, 2008 

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.

1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.